**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In Re:

    Louis J Anderson
    Betty J Anderson
        Debtor(s)

Case No.: 11-41013

Chapter 13

**CERTIFICATE OF SERVICE**

    I Clayton Wrzesinski certify that on, September 7, 2012, I served true and correct copies of the Notice of Intention to Strip Lien on the following parties in the manner specified for each party below:

| Name and Address of Party | Method of Service |
|---|---|
| Debtor(s):<br>Louis J Anderson and Betty J Anderson<br>2014 Diamond Crest Dr<br>Missouri City, TX 77489 | First Class Mail |
| Chapter 13 Trustee:<br>David G. Peake<br>9660 Hillcroft Ste 430<br>Houston, TX 77096 | Electronic |
| Meadowcrest Community HOA<br>c/o Barsalou & Assoc.<br>4635 SW Fwy, Ste 580<br>Houston, TX 77027 | First Class Mail and CMRRR<br>No. 70121640000009440725 |

Clayton Wrzesinski /s/
Clayton Wrzesinski
Attorney for Debtor(s)